UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

LINDA JENICE BROWN, Personal
Representative of the Estate of
TIMOTHY ANTOINE CURRY, Deceased.

       Plaintiff,　　　　　　　　　　　　Case No. 04-70438

vs.　　　　　　　　　　　　　　　　HONORABLE VICTORIA ROBERTS
　　　　　　　　　　　　　　　　　　HONORABLE STEVEN D. PEPE

TOWNSHIP OF CLINTON, et al.,
　　　　Defendants.
_____/

## MEMORANDUM OPINION AND ORDER ON IN CAMERA INSPECTION

Following an in camera inspection of documents submitted by Clinton Township police regarding deceased Officer Vauris, it is determined that nothing in these documents is relevant to a claim or defense in this action nor the subject matter of this action, nor are there any documents that might reasonably lead to admissible evidence in this case.

In making this determination the review sought any evidence of any behavior or trait that might suggest a dangerous or assaultive propensity of Officer Vauris or any indications that he might overreact to a stressful situation. While there are records of a temporary, March 6, 1996, *ex parte* Personal Protective Order in the case of *Theresa M. Fish v. Richard Lee Vauris (*Mich. 3rd Judicial Cir., Case #  96-612243 PH), that order was terminated after a hearing on its merits. There were also April 16 and May 27, 2000, arrests for O.U.I.L. in Arenac County, Michigan, followed by periods of disciplinary suspension and alcohol rehabilitation treatment for Officer Vauris, but nothing related to these events would be admissible in this case.

Accordingly, Plaintiff's motion to compel production of these documents IS DENIED.

Any party may file objections to this order within ten (10) days of service of this order pursuant to FED. R. CIV. P. 72(a) and Local Rule 72.1(d).

SO ORDERED.


June 17, 2005                                             s/Steven D. Pepe
Ann Arbor, Michigan                                       United States Magistrate Judge




Certificate of Service

I hereby certify that on June 17, 2005, I electronically filed the foregoing order with the Clerk of the Court using the ECF system which will send notification of such filing to the following: David Robinson and G. Gus Morris.

                                                          s/William J. Barkholz
                                                          Courtroom Deputy Clerk